# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

           **Petitioner,**

**-vs-**                                                      Case No.  6:13-mc-78-Orl-36DAB

**DANIEL F. FRITZ,**

           **Respondent.**

_____

## ORDER TO SHOW CAUSE

Respondent **DANIEL F. FRITZ** is hereby **ORDERED** to appear before the undersigned on **THURSDAY, SEPTEMBER 12, 2013**, at **10:00 A.M.** in Courtroom #6D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida, to show cause why he should not be compelled to comply with the Internal Revenue Service summons served on Respondent on May 9, 2013.

It is further **ORDERED:**

1.  A copy of this Order, together with the petition and exhibits, shall be served in accordance with Rule 4(e) of the Federal Rules of Civil Procedure upon the Respondent within 20 days of the date of this Order.  Pursuant to Rule 4.1(a), the Court hereby appoints Revenue Officer Daniel I. Haber, or any other person designated by the IRS, to effect service in this case.  Proof of service shall be filed with the Clerk prior to the show cause hearing.

2.  The Petitioner has presented a showing for enforcement of the IRS summonses at issue here. To the extent the Respondent wishes to present any defense or response to the Petition, he shall do so in writing, filed with the Clerk no later than September 5, 2013, and shall serve a copy of any such response to counsel for the United States at the address set forth in the Petition.  Should Respondent not wish to contest the enforcement of the summonses, he shall notify the Court in

writing, and send a copy to counsel for the United States, by September 5, 2013.  If a notice of no objection is **filed** by September 5, 2013, Respondent shall be excused from attendance at the hearing.

3. Respondent must either file a defense to the Petition and attend the show cause hearing or file a timely notice of no objection.  Failure to comply with the terms of this Order may result in the imposition of sanctions, which can include a recommendation that Respondent be found in contempt of court.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Unrepresented Parties

**PLEASE NOTE**:  **Photo I.D.** is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.