UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                     Case No. 6:13-mc-78-Orl-36DAB

DANIEL F. FRITZ,

    Respondent.
_____/

## UNITED STATES' RETURN OF SERVICE

The United States, the plaintiff herein, by and through the undersigned Assistant United States Attorney, files its Return of Service, attached hereto as Exhibit 1, establishing that Daniel F. Fritz was served in accordance with the Court's Order to Show Cause (Dkt. 2) on August 2, 2013, by Revenue Officer Daniel I. Haber.

Dated: August 12, 2013                      Respectfully submitted,

                                                      A. LEE BENTLEY, III
                                                      Acting United States Attorney

                          By:    /s/ Bradley M. Bole
                                      Bradley M. Bole
                                      Assistant United States Attorney
                                      Florida Bar No.  0371009
                                      400 W. Washington Street, Suite 3100
                                      Orlando, Florida 32801
                                      Telephone: (407) 648-7514
                                      Facsimile: (407) 648-7588
                                      Email: Bradley.Bole@usdoj.gov

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                Case No. 6:13-mc-78-Orl-36DAB

DANIEL F. FRITZ,

    Respondent.
_____/

**UNITED STATES' RETURN OF SERVICE**

# EXHIBIT 1



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| August 8, 2013 | 10:30 AM |

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.

I personally delivered to Daniel Fritz 1) Order to Show Cause, 2) Petition to Enforce Internal RevenueService Summons, 3) Exhibit 1- Declaration of Internal Revenue Service Officer Daniel I. Haber, 4) Exhibit 2- Summons and Certificate of Service 5) Notice of Pendency of Other Actions

[ ] 

I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

| Signature | Title |
|---|---|
| Daniel I. Haber | Revenue Officer |