# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                       Case No. 6:13-mc-78-Orl-36DAB

**DANIEL F. FRITZ**

AUSA: Bradley M. Bole
Defense Atty.: not present

| JUDGE | **David A. Baker**<br>United States Magistrate Judge | DATE AND TIME | **September 12, 2013**<br>10:00-10:05 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | None | | |

## CLERK'S MINUTES
## Show Cause Hearing

Case called, appearances taken
Procedural setting by Court
Court notes no appearance from respondent
Court GRANTS petition; AUSA will submit proposed order